UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

---

ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **23MJ1131**

The person charged as CESAR RODRIGUEZ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Eastern District of Virginia with: <u>Manufacture, Distribution, and Possession with intent to distribute five kilograms or more of a mixture and substance containing cocaine while onboard a vessel subject to the jurisdiction of the United States</u>, in violation of: <u>46 U.S.C. § 70503.</u>

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: <u>March 30, 2023</u>

_____
Bradstreet P. Smith
Special Agent
Drug Enforcement Administration

Reviewed and Approved
Dated:
<u>Allison B. Murray</u>
Special Assistant United States Attorney